### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00117 |
| | ) | Judge Trauger |
| | ) | |
| [3] CLAYTON S. RICHARDSON | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing shall be held on the Superseding Petition to Revoke Supervision (Docket No. 228) on Thursday, March 20, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 14th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge