Motion GRANTED.
Hearing RESET for 4/11/14 at 3:00 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:03-00117 |
| | ) | Judge Trauger |
| | ) | |
| CLAYTON S. RICHARDSON | ) | |

**MOTION TO CONTINUE HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE**

**COMES NOW** the Defendant, **Clayton S. Richardson**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the hearing on the *Superseding Petition to Revoke Supervision* (Docket Entry 228) from Thursday, March 20, 2014 at 2:00 p.m., to a later date convenient to the Court and counsel, after April 10, 2014. In support hereof, Defendant states as follows:

1. The final revocation hearing is currently scheduled for Thursday, March 20, 2014 at 2:00 p.m. (Docket Entry 232). The Defendant was arrested on the revocation warrant on March 2, 2014 and was released after a detention and preliminary hearing on March 12, 2014.

2. One of the allegations in the Superseding Petition arises out of a Davidson County General Sessions Court "sworn out" warrant (a citizen complaint without police investigation) alleging aggravated burglary. This morning, Davidson County General Sessions Judge Casey Moreland set this warrant for a hearing on Thursday, April 10, 2014 at 9:00 a.m. Undersigned

1