**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion GRANTED.
Hearing reset for
4/28/14 at 3:00 p.m.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:03-00117** |
| | ) | **Judge Trauger** |
| | ) | |
| **CLAYTON S. RICHARDSON** | ) | |

### MOTION TO CONTINUE HEARING ON PETITION TO REVOKE SUPERVISED RELEASE

**COMES NOW** the Defendant, **Clayton S. Richardson**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the hearing on the *Superseding Petition to Revoke Supervision* (Docket Entry 228) from Friday, April 11, 2014 at 3:00 p.m., to a later date convenient to the Court and counsel, after April 25, 2014. In support hereof, Defendant states as follows:

1.      The final revocation hearing is currently scheduled for Friday, April 11, 2014 at 3:00 p.m. (Docket Entry 234). The Defendant was arrested on the revocation warrant on March 2, 2014 and was released after a detention and preliminary hearing on March 12, 2014.

2.      One of the allegations in the Superseding Petition arises out of a Davidson County General Sessions Court "sworn out" warrant (a citizen complaint without police investigation) alleging aggravated burglary. That charge was dismissed today by Davidson County General Sessions Judge Casey Moreland.

1